

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bobby Jacques,

\* From the 350th District Court
of Taylor County,
Trial Court No. 15056-D.

Vs. No. 11-22-00026-CR

\* August 10, 2023

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.